934

No. 1267, Misc. THOMAS ET AL. v. BURSON, DIRECTOR, DEPARTMENT OF FAMILY AND CHILDREN SERVICES. Appeal from D. C. M. D. Ga. dismissed for want of jurisdiction.

No. 36, Orig. TEXAS v. LOUISIANA. Motion for the appointment of a Special Master granted. It is ordered that the Honorable Robert Van Pelt, Senior Judge of the United States District Court for the District of Nebraska, be, and he is hereby, appointed Special Master in this case with authority to fix the time and conditions for filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court hereafter may direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein. [For earlier order herein, see 397 U. S. 931.]

No. ——. CALIFORNIA EX REL. SMITH v. UNITED STATES ET AL. Motion for leave to file an original action denied.